FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IMELDA CONTRERAS, an individual formerly known as Imelda Marcinas,<br><br>                        Plaintiff,<br><br>    v.<br><br>CITY OF GRANGER; JOSE TREVINO, and JANE DOE TREVINO, individuals and the marital community comprised thereof; CHARLES WHEATON, an individual; GARY ANDERSON, an individual; RAMONA FONSECA, an individual; DAVID LEACH, an individual; ROBERT PERALES, an individual; and JACK BURNES, an individual,<br><br>                        Defendants. | NO: 1:18-CV-3085-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE THE COURT is a Stipulated Motion to Dismiss with Prejudice, ECF No. 26. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE~1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulated Motion for Dismissal with Prejudice, **ECF No. 26**, is **GRANTED**.
2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.
3. All pending motions, if any, are **DENIED AS MOOT**.
4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** October 25, 2019.

                                  *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                  United States District Judge