# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2019

SEAN F. McAVOY, CLERK

IMELDA CONTRERAS, an individual formerly known as Imelda Marcinas,
Plaintiff,
v.
CITY OF GRANGER; JOSE TREVINO, and JANE DOE TREVINO, individuals and the marital community comprised thereof; CHARLES WHEATON, an individual; GARY ANDERSON, an individual; RAMONA FONSECA, an individual; DAVID LEACH, an individual; ROBERT PERALES, an individual; and JACK BURNES, an individual,
Defendants.

Civil Action No. 1:18-CV-03085-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
The Stipulated Motion for Dismissal with Prejudice, ECF No. 26, is GRANTED. Plaintiff's Complaint is dismissed with prejudice and without fees or costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a stipulated motion to dismiss.

Date: 10/25/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza